

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00215-CR

TERRELL FERGUSON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                       STATE

------------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

After appellant Terrell Ferguson's appointed counsel filed an *Anders* brief and motion to withdraw as counsel in this probation revocation appeal, appellant sent a letter to the court in which he asked the court to dismiss his appeal. Construing these documents together, we conclude that rule of appellate procedure 42.2(a)'s requirements have been met, and we dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

BOB MCCOY
JUSTICE

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  November 27, 2013